UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
AMR CORPORATION, *et al.,*                         :        Case No. 11-15463-SHL
                                                   :
                        Debtors.                   :        (Jointly Administered)
---------------------------------------------------------------- x

**NOTICE OF APPEAL**

Notice is hereby given that the Allied Pilots Association ("APA"), pursuant to 28 U.S.C. § 158(a)(1), hereby appeals to the United States District Court for the Southern District of New York from the Order entered on September 5, 2012 (ECF No. 4293), granting the Debtors' Renewed Motion for Entry of Order Pursuant to 11 U.S.C. § 1113 Authorizing Rejection of Collective Bargaining Agreement (ECF No. 4084), as well as from the Bankruptcy Court's prior orders, decisions, rulings, findings and conclusions in the underlying § 1113 proceedings, including those rendered on August 15, 2012 (ECF No. 4044) and September 4, 2012 (ECF No. 4443) as referenced in the September 5, 2012 Order.[1]

In addition to appellants Allied Pilots Association, the names of all parties to the order from which this appeal is being taken and their counsel are as follows:

>   Debtor American Airlines, Inc.
>   Counsel: Stephen Karotkin
>   Weil, Gotshall & Manges LLP
>   767 Fifth Ave.
>   New York, NY 10004

---

[1] As part of its decision rendered on September 4, 2012 (ECF No. 4443), the Bankruptcy Court granted in part the Debtors' Motion in Limine (ECF No. 4148) seeking to limit the evidence to be considered in the § 1113 proceedings; the Court's subsequent Order on that motion (ECF No. 4395) was entered on September 11, 2012. Though the APA, as a precaution, is concurrently filing a separate Notice of Appeal from the September 11 Order, the APA submits that the two rulings are so substantially interrelated that the two appeals should be consolidated for consideration and disposition together.

1

(212) 310-8000

and

Paul Hastings LLP
John J. Gallagher
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

The prescribed fee accompanies this Notice of Appeal.

Dated: September 14, 2012                                  Respectfully submitted,

                                                           _____
                                                           Edgar N. James (admitted pro hac vice)
                                                           Kathy Krieger (admitted pro hac vice)
                                                           David P. Dean (admitted pro hac vice)
                                                           Darin M. Dalmat (admitted pro hac vice)
                                                           Daniel M. Rosenthal (admitted pro hac vice)
                                                           **JAMES & HOFFMAN, P.C.**
                                                           1130 Connecticut Ave., N.W., Suite 950
                                                           Washington, DC 20036
                                                           Tel: (202) 496-0500
                                                           Facsimile: (202) 496-0555


                                                              /S/ JOSHUA R. TAYLOR_____
                                                           Filiberto Agusti
                                                           Joshua R. Taylor (admitted pro hac vice)
                                                           **STEPTOE & JOHNSON LLP**
                                                           1330 Connecticut Ave., NW
                                                           Washington, DC 20036
                                                           Tel: (202) 429-3000
                                                           Facsimile: (202) 261-0658

                                                           *Attorneys for the Allied Pilots Association*